UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LAFRANCES M. DILLARD, )
 )
      Plaintiff, )
 ) **JUDGMENT IN A CIVIL CASE**
    v. )
 ) **CASE NO. 5:13-CV-652-D**
CAROLYN W. COLVIN, Acting Commissioner of )
Social Security, )
 )
      Defendant. )

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security pay to Plaintiff's counsel the sum of $9,000.00 and that Plaintiff's counsel pay to Plaintiff the sum of $3,006.25 and upon the payment of such sums this case is dismissed with prejudice.

**This Judgment Filed and Entered on May 29, 2015, and Copies To:**
| | |
|---|---|
| Charlotte Williams Hall | (via CM/ECF Notice of Electronic Filing) |
| Todd J. Lewellen | (via CM/ECF Notice of Electronic Filing) |

DATE:                                 JULIE RICHARDS JOHNSTON, CLERK
May 29, 2015                    (By) /s/ Courtney O'Brien
                                        Deputy Clerk